UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Franklin P. Kottschade,<br><br>Plaintiff,<br><br>v.<br><br>The City of Rochester,<br><br>Defendant. | Court File No. 01-CV-898 ADM/AJB<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED to by and between the parties in this matter, through their respective counsel, that Defendant City of Rochester has an extension of time with which to Answer or otherwise plead to Plaintiff's Complaint until June 29, 2001.

Dated: 6-7-2001

KELLY & BERENS, P.A.

By George O. Ludcke
George O. Ludcke, Reg. No. 64877
John D. Bessler, Reg. No. 218418
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171

Attorneys for Franklin P. Kottschade

Dated: June 6, 2001

**GREENE ESPEL, P.L.L.P.**

By Clifford M. Greene
Clifford M. Greene, Reg. No. 37436
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830

Attorneys for City of Rochester

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

IT IS HEREBY ordered in accordance with the foregoing Stipulation that Defendant City of Rochester is granted an extension to answer or otherwise plead to Plaintiff's Complaint until June 29, 2001.

Dated: 6/12/01

BY THE COURT

Magistrate Judge Arthur J. Boylan