UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Franklin P. Kottschade,

Plaintiff,

v.

The City of Rochester,

Defendant.

Court File No. 01-CV-898 ADM/AJB

**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED to by and between the parties in this matter, through their respective counsel, that Defendant City of Rochester has an extension of time with which to respond to Plaintiff's Amended Complaint until July 27, 2001.

Dated: 7-9-01

KELLY & BERENS, P.A.

By [signature]
George O. Ludcke, Reg. No. 64877
John D. Bessler, Reg. No. 218418
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171

Attorneys for Franklin P. Kottschade

Dated: July 9, 2001

GREENE ESPEL, P.L.L.P.

By [signature]
Clifford M. Greene, Reg. No. 37436
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830

Attorneys for City of Rochester

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Franklin P. Kottschade,<br><br>Plaintiff,<br><br>v.<br><br>The City of Rochester,<br><br>Defendant. | Court File No. 01-CV-898 ADM/AJB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED to by and between the parties in this matter, through their respective counsel, that Defendant City of Rochester has an extension of time with which to respond to Plaintiff's Amended Complaint until July 27, 2001.

Dated: 7-9-01

KELLY & BERENS, P.A.

By George O. Ludcke
George O. Ludcke, Reg. No. 64877
John D. Bessler, Reg. No. 218418
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171

Attorneys for Franklin P. Kottschade

Dated: July 9, 2001

**GREENE ESPEL, P.L.L.P.**

By____________________________
Clifford M. Greene, Reg. No. 37436
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830

Attorneys for City of Rochester

**ORDER**

IT IS HEREBY ordered in accordance with the foregoing Stipulation that Defendant City of Rochester is granted an extension to answer or otherwise plead to Plaintiff's Amended Complaint until July 27, 2001.

Dated: 7/13/01

BY THE COURT

Magistrate Judge Arthur J. Boylan

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500