# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Franklin P. Kottschade

v.

The City of Rochester

Case No. Civil 01-898 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the City of Rochester's motion to dismiss is GRANTED.

DATE: January 22, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk